**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7489**

———————

NICHOLAS WARNER JONES, a/k/a Charles Jones,

Plaintiff - Appellant,

versus

THOMAS R. CORCORAN, Warden; KATHLEEN LANDER-
KIN, Lieutenant, Administrative Remedy Coordi-
nator; BARBARA BROWN, Finance Supervisor;
MICHAEL MILLER, Classification Case Manager,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-96-
3864-L)

———————

Submitted:  January 30, 1998          Decided:  April 20, 1998

———————

Before WILKINS, Circuit Judge, and BUTZNER and HALL, Senior Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nicholas Warner Jones, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. Corcoran, No. CA-96-3864-L (D. Md. Oct. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED